UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEJANDRO MORENO-MEZA,<br>   aka "Paisano,"<br><br>          Defendant. | No. CR 14-267-MWF<br><br>INFORMATION RE: PRIOR CONVICTION FOR A FELONY DRUG OFFENSE FOR DEFENDANT ALEJANDRO MORENO-MEZA<br><br>[21 U.S.C. § 851: Proceedings to Establish Prior Conviction] |

The United States Attorney charges:

[21 U.S.C. § 851]

Defendant ALEJANDRO MORENO-MEZA, also known as "Paisano" ("MORENO-MEZA"), prior to committing the offense alleged in Count One of the Indictment in United States v. Marcelino Arredondo-Sanchez, et al., CR No. 14-267-MWF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about April 17, 2003, in the United States District Court for the Northern District of Illinois, No. CR 00-303-RRP, defendant MORENO-MEZA was convicted

///

///

///

of conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ R.E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime
Drug Enforcement Task Force Section

RASHA GERGES SHIELDS
Assistant United States Attorney
Deputy Chief, Organized Crime
Drug Enforcement Task Force Section

CHRISTOPHER K. PELHAM
Assistant United States Attorney
Major Frauds Section